RECEIVED

FEB 24 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

FILED

FEB 24 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY J. HELLINGS DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Cedric Greene
(Name of Plaintiff)
340 North Madison Avenue
(Address of Plaintiff)
Los Angeles, California 90004

1:09-cv-336 WMW (PC)
(Case Number)

vs.

COMPLAINT

B. Sanders
G. Dozer
M. Taylor
R. Kephart
(Names of Defendants)

I. Previous Lawsuits:

A. Have you brought any other lawsuits while a prisoner: ☒ Yes ☐ No

B. If your answer to A is yes, how many?: unknown Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff ______

Defendants ______

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)

______________________

3. Docket Number ______________________

4. Name of judge to whom case was assigned ______________________

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

______________________

6. Approximate date of filing lawsuit ______________________

7. Approximate date of disposition ______________________

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution? ☒ Yes ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint? ☒ Yes ☐ No

If your answer is no, explain why not ______________________

______________________

C. Is the grievance process completed? ☒ Yes ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant B. Sanders is employed as Correctional Lieutenant at CCI - Tehachapi

B. Additional defendants G. Dozer: Correctional Officer
M. Taylor: Correctional Officer
R. Kephart: Correctional Officer

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

On March 7, 2006, plaintiff was wrongfully "slammed" against the wall without proper cause by defendants G. Dozer and R. Kephart. Defendants G. Dozer, R. Kephart, and M. Taylor forcefully "tackled" plaintiff hard onto the ground, in which caused plaintiff to suffer injuries within the facial area. Defendant B. Sanders physically "yanked" the hands of plaintiff through the food opening, in which caused plaintiff to obtain cuts and bleeding to the hands and wrist location.

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Plaintiff seeks "one million dollars" from each named Defendant in his complaint, for a total of "Four Million Dollars" in damage Relief.

On this date of March 7, 2006, plaintiff was a victim without proper cause or reasons. For all of the above reasons, Plaintiff ask that the court award him damages in the sum of "Four Million Dollars"

Signed this ______ day of ____________________, 20_____.

Cedric Greene Jr.

(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

February 20, 2009

(Date)

Cedric Greene Jr.

(Signature of Plaintiff)