UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC GREENE, | CASE NO.   1:09-cv-336-MJS (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO STAY |
| v. | (ECF No. 32) |
| B. SANDERS, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Cedric Greene ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's Notice of Change of Address and Request to Continue Fresno Case. (ECF No. 32.)  Plaintiff's Change of Address form suggests that he was recently reimprisoned. Plaintiff seeks to "continue" the instant action based on his current incarceration.  The Court construes this request as a motion to stay.

Plaintiff contends that his current imprisonment is unwarranted and that his incarceration should not affect its ruling on his case.  The Court assures Plaintiff that it will not be influenced by Plaintiff's incarceration status.  The Court deals with incarcerated plaintiffs on a regular basis, and their prisoner status does not affect its decisions.

Plaintiff has failed to articulate any grounds other than his incarceration for a stay of this case.  As previously noted, the Court has hundreds of incarcerated plaintiffs who competently prosecute their cases from prison.  The Court sees no reason why Plaintiff should be unable to do the same.

1     Plaintiff's case is currently in discovery. (ECF No. 26.) If Plaintiff needs additional
2 time to meet a deadline set forth in the July 28, 2010 Scheduling Order, he is free to
3 request an extension of the specific deadline in issue. However, the Court will not stay the
4 case as a whole based solely on Plaintiff's incarceration status.

5     Accordingly, Plaintiff's Motion to Stay [ECF No. 32] is DENIED.

7 IT IS SO ORDERED.
8 Dated:   November 8, 2010        /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE