UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC GREENE,<br><br>          Plaintiff,<br><br>    v.<br><br>B. SANDERS, et al.,<br><br>          Defendants.<br>_____/ | CASE NO.   1:09-cv-336-MJS (PC)<br><br>ORDER DENYING MOTION TO STAY<br><br>(ECF No. 34) |

    Plaintiff Cedric Greene ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's Motion to Stay seeking an indefinite stay of this action. (ECF No. 34.) Plaintiff was recently reincarcerated on a probation violation and contends that he cannot focus on the instant action until his probation case is resolved.

    The Court notes that Plaintiff's case is currently in discovery.  (ECF No. 26.)  If Plaintiff needs additional time to meet any of the deadlines set forth in the July 28, 2010 Scheduling Order, he is free to request an extension from a specific deadline.  However, the Court will not stay a case based solely on Plaintiff's incarceration status.   (Hundreds of incarcerated litigants are currently pursuing cases in this Court.)

    Accordingly, Plaintiff's Motion to Stay is DENIED.

IT IS SO ORDERED.

Dated:   December 6, 2010        /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE