UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC GREENE, | CASE NO.   1:09-cv-336-MJS (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR SANCTIONS |
| v. | |
| B. SANDERS, et al., | (ECF No. 38) |
| Defendants. | |

Plaintiff Cedric Greene ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's Motion for Sanction asking the Court to impose sanctions against defense counsel for "conduct that is detrimental to [Plaintiff]."

It appears Plaintiff is complaining that defense counsel mailed a number of letters to the address registered for Plaintiff with the Court, the address of an individual who receives Plaintiff's mail for him.

The Court cannot find fault with this action; in fact, defense counsel is required to serve a copy of every filing made with the Court on Plaintiff at the address registered with the Court.  Defense counsel was required to do exactly what they did. The Court will not

impose sanctions for their efforts.[1]

Accordingly, Plaintiff's Motion for Sanction is DENIED.

IT IS SO ORDERED.

Dated:   April 18, 2011                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] This motion appears so utterly lacking in merit as to make it more appropriate to consider sanctioning Plaintiff for bringing it. Similar motions are likely to produce such sanctions.