# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CEDRIC GREENE,**

v.

CASE NO: **1:09−CV−00336−MJS**

**B. SANDERS, ET AL.,**

---

**XX −− Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 4/10/2012**

**Victoria C. Minor**
Clerk of Court

ENTERED: **April 16, 2012**

by: /s/ W. Kusamura
Deputy Clerk