1

2

3

4

5

6

7                         UNITED STATES DISTRICT COURT

8                         EASTERN DISTRICT OF CALIFORNIA

9

10    CEDRIC GREENE,                        CASE NO. 1:09-CV-00336-MJS (PC)

11                   Plaintiff,             ORDER STRIKING PLAINTIFF'S REPLY IN
                                            SUPPORT OF MOTION FOR NEW TRIAL
12          v.
                                            (ECF No. 75)
13    B. SANDERS, et al.,

14                   Defendants.

15

16    _____/

17

18

19          On February 24, 2009 Plaintiff Cedric Greene, a former state prisoner proceeding

20    pro se and in forma pauperis filed this action pursuant to 42 U.S.C. § 1983 claiming

21    Defendants violated his Eighth Amendment rights by using excess force against him

22    while he was in custody at the California Correctional Institutional in Tehachapi,

23
      California.
24

25          The matter came before the Court for trial and on April 10, 2012 the jury rendered

26    a verdict for the Defendants (Special Verdict, ECF No. 68).  The Court entered judgment

27
                                            -1-

1   thereon on April 16, 2012. (Judgment, ECF No. 71.)

2          On April 23, 2012 Plaintiff filed a Motion for New Trial. (Mot. New Trial, ECF No.

3   72.)    On April 26, 2012 Defendants filed Opposition to Plaintiff's Motion for New Trial.

4   (Opposition, ECF No. 73.)  On May 7, 2012 the Court issued its Memorandum and

5   Order Denying Plaintiff's Motion for New Trial. (Memorandum and Order, ECF No. 74.)

6

7          On May 14, 2012 Plaintiff filed the Reply in Support of Plaintiff's Motion for New

8   Trial which is now before the Court. (Reply, ECF No. 75.)

9          Plaintiff's Reply is untimely. It was due not later than seven days following

10  Defendants' April 26, 2012 service of their Opposition. Fed.R.Civ.P. 6; Local Rule 230.

11         Accordingly, the Reply shall be STRICKEN from the record as untimely.

12

13

14  IT IS SO ORDERED.

15  Dated:    May 17, 2012              /s/ Michael J. Seng

16                                      UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27